[No. 18837-6-II.      Division Two.    August 23, 1996.]

SWAMPAPPLE ENTERPRISES, INC., *Appellant*, v. GRAYS
HARBOR COUNTY WATER DISTRICT NO. 1, *Respondent*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 92-2-00311-9, David E. Foscue, J.,
entered October 24, 1994. *Affirmed* by unpublished opinion
per Armstrong, J., concurred in by Houghton, A.C.J., and
Turner, J.


[No. 19040-1-II.      Division Two.    August 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
EUGENE EARLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 94-1-01360-2, Thomas L. Lodge, J., entered
January 5, 1996. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld, C.J., and Bridgewa-
ter, J.


[No. 19097-4-II.      Division Two.    August 23, 1996.]

THOMAS M. ORD, *as Trustee, Respondent*, v.
MILLENNIUM PROPERTY, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-2-05809-3, Thomas R. Sauriol, J., entered
July 29, 1994. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater and Turner, JJ.


[No. 34425-1-I.      Division One.    August 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
WHISLER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 93-1-01120-7, Paul D. Hansen, J.,
entered April 1, 1994. *Affirmed* by unpublished opinion
per Ellington, J., concurred in by Coleman and Becker,
JJ.